618

419 A.2d 200

Commonwealth v. Whitman, Appellant.

Submitted December 8, 1978. Robert F. Pappano, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and WATKINS, JJ.

Order affirmed.

419 A.2d 200

Commonwealth v. Williams, Appellant.

Submitted December 8, 1978. Jeffrey M. Voluck, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WIEAND and LIPEZ, JJ.

Order affirmed.